IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-03463-MSK-KMT

RODDESS EKBERG, as Surviving Heir of Deceased other Rodney Ekberg,

    Plaintiff,

v.

NANCY HOMLER,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Orders by Chief Judge Marcia S. Krieger (**Doc. #22**) filed on September 9, 2015, Granting the plaintiff's Motion to Dismiss With Prejudice (**Doc. #21**), it is

ORDERED that:

The case is DISMISSED with prejudice, each party to pay its own attorneys fees and costs.

The case is closed.

Dated this 5th day October, 2015.

                                            ENTERED FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK


                                            s/Patricia Glover
                                              Deputy Clerk